# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
)
) Case No. 4:20sw 18
Accounts described in Attachment A Stored at )
Premises Operated, Maintained, or Controlled by a )
Company Described in Attachment A )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Douglas E. Miller_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 03/23/2020 12:00 am          [signature]   Douglas E. Miller, USMJ
                                                                  2020.03.23 14:07:39 -04'00'
                                                    *Judge's signature*

City and state: Norfolkl, Virginia          Douglas E. Miller, United States Magistrate Judge
                                                  *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 4:20sw 28 | Date and time warrant executed: March 23, 2020 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: Jason Brumbelow

Inventory of the property taken and name(s) of any person(s) seized:

Records and identifying information regarding the following email accounts:

luciocole751@gmail.com

echotree71@gmail.com

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 7, 2020

*Jason Brumbelow*
Executing officer's signature

Jason Brumbelow, SA
Printed name and title

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED:

This warrant applies to information associated with the following accounts:

    **a.** luciocole751@gmail.com

    **b.** echotree71@gmail.com

The above accounts are stored at premises owned, maintained, controlled, or operated by Google, LLC., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED:

1. **Information to be disclosed by Google**

   To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Google is required to disclose the following information to the government for the account listed in Attachment A:

   a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, alternate email address, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

   b. The contents of any and all emails stored in the subscriber's Google account;

   c. All records or other information stored by an individual using the account, including address books, contact and buddy lists, pictures, and files;

   d. Any Google Voice telephone number and associated records to include contact list, call detail records, and content of text messages;

   e. Associated Google Hangouts to include contact lists and content of all messages;

21

f.  All records pertaining to communications between Google and any person regarding the account, including contacts with support services and records of actions taken.

2. **Information to be seized by the government**

   a. All information described above in Section I, including correspondence, records, documents, photographs, videos, e-mail, chat logs, and electronic messages that constitutes evidence of violations of 18 U.S.C. Section 1591 (sex trafficking by force, fraud, or coercion); Section 1952 (use of a means or facility of interstate commerce to promote or facilitate prostitution); and any attempts and conspiracies to engage in such conduct including, for the account or identifier listed in Attachment A, information pertaining to the following matters:

      i. Any and all data, records, communications or information reflecting evidence, fruits, instrumentalities, and contraband of the crimes listed above;

      ii. Communications or information reflecting the planning or execution of commercial sex crimes, commercial sex acts, and the movement and use of proceeds of commercial sex and sex trafficking;

      iii. Address/phone books or contact information that reflect names of potential criminal associates involved with commercial sex and the movement of commercial sex proceeds, individuals who were prostituted, and commercial sex customers;

      iv. Photographs of women or girls in provocative poses, lingerie or naked women or girls;

      v. Photographs and information reflecting the various locations where commercial sex activities occurred;

vi. Photographs and information reflecting the commercial sex lifestyle and how the proceeds from commercial sex were used;

vii. Data, records, and communications relating to force, fraud, and coercion, including the possession and use of firearms and physical violence.

b. Credit card and other financial information including but not limited to bills and payment records;

c. Evidence of the times the account or identifier listed in Attachment A was used;

d. Evidence of user attribution, showing who used the email accounts;

e. Passwords and encryption keys, and other access information that may be necessary to access each account or identifier listed in Attachment A and other associated accounts;

f. Evidence indicating the account owner's state of mind as it relates to the crime under investigation; and

g. The identity of the person(s) who communicated with the user about commercial sex, including records that help reveal their whereabouts.